■ SARAM AMERLING, Appellant, v. NANETTE GUILFORD, Also Known as NANETTE GUTMAN, et al., Respondents.— Order, dated June 21, 1960, as grants defendants-respondents' motion for summary judgment dismissing the second cause of action in the complaint on the merits, severing the first cause of action pleaded in the complaint and directing that the action proceed only as to said first cause of action, affirmed, with $20 costs and disbursements to the respondents. Concur — Botein, P. J., Valente, Stevens and Eager, JJ.; McNally, J. dissents in the following memorandum: I dissent and vote to reverse the order granting summary judgment and to deny the motion. There are present issues of fact with regard to the interpretation and construction of the assignments, and the assignor-respondent's purpose to defeat them.

■ ALBERT PEARLMAN, INC., Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order, dated October 5, 1959, granting defendant's motion for summary judgment and dismissing the complaint pursuant to rule 113 of the Rules of Civil Practice, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ PATRICIA B. KITSON, an Infant, by Her Guardian ad Litem, JAMES P. KITSON, et al., Respondents, v. CRESCENDO FOOD CORP., Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ CREDIT DEPARTMENT, INC., et al., Appellants-Respondents, v. JULIUS J. BLUMENFELD, Respondent-Appellant.— Order, dated April 19, 1960, denying plaintiffs-appellants-respondents' motion for a stay of arbitration, granting defendant-respondent-appellant's cross motion to stay the action, pending the completion of the arbitration, and denying defendant-respondent-appellant's cross motion to dismiss the complaint, unanimously affirmed, without costs to either party. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MOSES SMITH, Respondent, v. EDWARD THOMPSON, Appellant, et al., Defendant.— Determination of the Appellate Term and the judgment of affirmance entered thereon unanimously reversed, on the law and the facts, with costs to the defendant appellant in this court and in the Appellate Term, and the judgment of the City Court of the City of New York entered March 3, 1959, unanimously reversed and a new trial ordered unless the plaintiff stipulates to reduce the verdict and the amount of the said judgment to the sum of $750, in which event the judgment, as so modified, is affirmed. On this record the verdict is excessive. Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.